√4-117  # 128678

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED

2010 JUL 16 PM 3:02

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: TERAN, HUMBERTO
GUADALUPE
TERAN, CINDY LEE

Case No. 09-37653

Judge MARY ANN WHIPPLE

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Toledo Clinic, Inc. | PO Box 8708<br>Toledo, OH 43623 | $1.73 |
| Consultants in Lab. Med. | PO Box 634892<br>Cincinnati, OH 45263-4892 | $0.65 |

Check for $2.38 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 7/15/10

cc:

Office of the U.S. Trustee